RACQUETTE FALLS LAND COMPANY, Respondent, *v.* ALBERT HOYT et al., Appellants.

*Racquette Falls Land Co.* v. *Hoyt,* 109 App. Div. 119, affirmed.
(Argued January 15, 1907; decided February 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 24, 1905, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for an alleged trespass in cutting and removing timber from lands alleged to be the property of the plaintiff.

*E. C. Emerson* for appellants.

*George N. Ostrander* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.